UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY LEE, et al., <br><br>　　　　Plaintiff(s), <br><br>　　v. <br><br>THE SANTA BARBARA <br>MARKETING COMPANY, INC., et al., <br><br>　　　　Defendant(s). | CASE NO. CV08-2885-AHM (RZx) <br><br>ORDER DISMISSING CIVIL ACTION <br>BY VIRTUE OF SETTLEMENT |

The Court having been advised by the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is dismissed without prejudice to the right, upon good cause shown within 30 days, to reopen this action if settlement is not consummated.

IT IS SO ORDERED.

Date: July 11, 2008

**Make JS-6**

_____
A. Howard Matz
United States District Court Judge