O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-2885 AHM (RZx) | Date | October 17, 2008 |
|---|---|---|---|
| Title | SHIRLEY LEE, *et al.* v. THE SANTA BARBARA MARKETING COMPANY, INC., *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:      Attorneys **NOT** Present for Defendants:

**Proceedings:**      IN CHAMBERS (No Proceedings Held)

      The Court GRANTS Plaintiffs' "Second Ex Parte Application to Reopen Case and Stay Action"[1] and ORDERS that this action be reopened and STAYED to allow the parties to carry out their settlement agreement. The Court finds that application to be timely and therefore GRANTS Plaintiffs' "First Ex Parte Application for Extension of Time to File Ex Parte Application to Reopen."[2]

                                                                                  :

                                             Initials of Preparer          SMO

**Make JS-5**

---

[1] Docket Nos. 11, 12, 14, 18.

[2] Docket Nos. 13, 15.