| | |
|---|---|
| 1 | **JS-6** |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| SHIRLEY LEE, et al. | ) | CASE NO.: **CV 08-2885 AHM (RZx)** |
|       Plaintiffs, | ) | |
|   v. | ) | JUDGMENT |
| THE SANTA BARBARA | ) | |
| MARKETING COMPANY, INC., et | ) | |
| al., | ) | |
| | ) | |
|       Defendants. | | |
| _____ | | |

1     Having granted Plaintiffs' application for entry of judgment, the Court hereby
2 enters judgment in favor of Plaintiffs Shirley Lee, Douglas Theis, Vicki Theis, and
3 Judith M. Scott against Defendants The Santa Barbara Marketing Company, Inc., PR
4 Marketing Company of California, Inc., IDLD, Inc., and the Distenfield Family Trust
5 in the amount of $115,191.15, inclusive of principal, interest and attorney's fees.
6 Interest will accrue at 3.72%.

8 DATE: February 4, 2009

                                                _____
                                                      A. Howard Matz
                                            United States District Judge